STATE of Missouri, Respondent,

v.

Hubert E. WHITNEY, Jr., Appellant.

No. WD 58798.

Missouri Court of Appeals,
Western District.

Nov. 27, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

James A. SCHRINER, Appellant,

v.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Andrew W. Hassell, Assistant Attorneys General, Jefferson City, for Respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and NEWTON, JJ.

**Order**

PER CURIAM.

Hubert E. Whitney, Jr., appeals from the judgment under which he was sentenced, after being found guilty by a jury of possession of a controlled substance, as a prior and persistent offender to seven years in the Missouri Department of Corrections. During *voir dire*, Mr. Whitney made *Batson* objections to the State's use of its peremptory strikes to remove three venirepersons from the panel. *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986). He alleges on appeal that the trial court clearly erred in overruling those objections.

We affirm. Rule 30.25(b).